No. **CR 15 00327** LHK

*SEALED BY ORDER OF THE COURT*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA

*vs.*

JAMES SELTZER

---

## INDICTMENT

Count One: 18 U.S.C. § 1957 – Money Laundering ("Proceeds")

---

*A true bill.*

18 June 2015

_____
*Foreperson*

Filed in open court this __18__ day of __June__

A.D. 2015

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No Process__

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3
4
5                                               SEALED BY ORDER
6                                                OF THE COURT
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12
13  UNITED STATES OF AMERICA,      )  No. CR 15-00327 LHK HRL
                                   )
14         Plaintiff,               )
                                   )  VIOLATION: 18 U.S.C. § 1957 (Money
                                   )  Laundering)
15     v.                          )
                                   )  (SAN JOSE VENUE)
16  JAMES SELTZER,                 )
                                   )
17         Defendant.              )
                                   )
18  _____)

19                          I N D I C T M E N T

20  The Grand Jury charges:

21         1.     On or about June 23, 2010, in the Northern District of California and elsewhere, the

22  defendant,

23                                      JAMES SELTZER,

24  did knowingly engage in the following monetary transactions, in and affecting interstate or foreign

25  commerce, which involved the proceeds of specified unlawful activity to wit: securities fraud, in

26  violation of 15 U.S.C. § 78ff, while knowing that the property involved in the financial transactions

27  represented the proceeds of some form of unlawful activity, as follows: a wire transfer of approximately

28  ////

INDICTMENT                                     1

1  $143,633.54 from JP Morgan Chase Bank Account 1056 to FIA Card Services, for the benefit of James
2  Seltzer.
3       All in violation of Title 18, United States Code, § 1957.
4  DATED: 18 Ju 2015                A TRUE BILL

                                                          FOREPERSON

8  MELINDA HAAG
   United States Attorney

11 _____
   PHILIP A. GUENTERT
12 Deputy Chief, Criminal Division

14 Approved as to form:

17 _____
   TIMOTHY J. LUCEY
18 Assistant United States Attorney

INDICTMENT                                         2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. § 1957 – Money Laundering ("Proceeds")

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Up to 10 years imprisonment, a maximum fine of $500,000, or twice the value of the monetary instruments or funds involved whichever is greater, three years of supervised release, and $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA / SAN JOSE DIVISION**

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S**
▶ JAMES SELTZER

DISTRICT COURT NUMBER
**CR 15 00327 LHK HRL**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI - S/A Niem Nguyen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): TIMOTHY J. LUCEY

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: